IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT ANDREW FFRENCH, | |
| Plaintiff, | Civil Action No.: 1:20-cv-03178 |
| v. | Judge Matthew F. Kennelly |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeffrey Cummings |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 56 | 7hk8918 |
| 59 | bigvip8018 |
| 63 | conceitzhang |
| 65 | dragonball-fourth |
| 66 | e-suggestion |
| 67 | electron365 |
| 69 | flowersbud |
| 70 | flowersgrass |
| 78 | hftndbkn-3 |
| 80 | infinite.force22 |
| 81 | jewelry-base |
| 82 | jfdxfybq-0 |
| 83 | kzyu_17 |
| 86 | little.apple2014 |
| 89 | mrzo_33 |
| 93 | pfkn-59 |
| 94 | picturesque-landscape |
| 95 | ppptyiad_6 |
| 98 | rasgswkgflgq45 |
| 99 | rocm84 |
| 100 | rookie-xu |
| 101 | shalo-3238 |

| | |
|---|---|
| 105 | trs-seller2012 |
| 107 | vesny89735-6 |
| 109 | whitedaisy666 |
| 110 | wonderfulbuying36588 |
| 114 | zhifei-82 |
| 2 | Huiyang Kangde Silicone Rubber Ware Co., Ltd. |

DATED:  September 14, 2020  Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 14, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                             */s/ Keith A. Vogt*
                                             Keith A. Vogt